UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LAYLA CHRISTINA MIHUTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01011-JRS-TAB |
| | ) | |
| MID AMERICA CLINICAL LABORATORIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON SEPTEMBER 3, 2020, HEARING**

The parties appeared by counsel September 3, 2020, for a hearing on pending motions.

For the reasons more fully set forth on the record, the Court made the following rulings:

1.  Plaintiff's motion for protective order [Filing No. 59] is denied.  The parties shall file a Uniform Stipulated Protective Order by September 10, 2020.  If either party believes that order needs to be modified, they may file a motion seeking such relief, provided, however, that the Court is not inclined to modify the protective order as requested at the September 3 hearing.

2.  Plaintiff's motion for leave of Court to seek publication [Filing No. 52] is denied.  This motion seeks improper, advisory, injunctive relief, and smacks of a fishing expedition.

3.  Defendant's motion for leave to file sur-reply [Filing No. 60] is granted, and the sur-reply attached to that motion is deemed filed as of the date of this order.

4.  Plaintiff's motion to quash [Filing No. 53] is granted in part and denied in part.  The motion is denied as moot to the extent it seeks to quash production of documents subpoenaed from SpecialityCare, because Defendant has agreed to

treat these documents as confidential and subject to the protective order.  The

motion is granted as to all documents Plaintiff asserts are protected by the

attorney client privilege, provided, however, for every document withheld

Plaintiff shall produce a privilege log by September 17, 2020.  The motion to

quash is denied in all other respects, and any responsive documents shall be

produced by September 17, 2020.


Date:  9/11/2020


_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all counsel of record via CM/ECF